810

Neil WALKER

v.

STATE

CR-13-1593

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

Gary Davis HART II

v.

STATE

CR-13-1601

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

John HUERTAS

v.

STATE

CR-13-1608

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Ricardo Deshun MAJOR

v.

STATE

CR-13-1610

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied; memo of 12/5/2014 withdrawn; memo substituted; affirmed

Arthur BELCHER

v.

STATE

CR-13-1619

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed